**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William W Bolt <br> <u>Debtor(s)</u> | BKY. NO. 12-02217 RNO <br><br> CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title trustee for BRONZE CREEK TITLE TRUST 2013-NPL1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: ore)

                                                            Respectfully submitted,

                                                            **/s/ Thomas Puleo**
                                                            Thomas Puleo, Esquire
                                                            James C. Warmbrodt, Esquire
                                                            KML Law Group, P.C.
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA 19106-1532
                                                            (215) 825-6306  FAX (215) 825-6406
                                                            Attorney for Movant/Applicant