```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 12-02217-RNO
William W Bolt                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: REshelman           Page 1 of 1           Date Rcvd: Sep 12, 2017
                               Form ID: ntrevtfr         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2017.
db             +William W Bolt,   1016 S. Pine St.,   York, PA 17403-3912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    M&T Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Eugene R. Campbell    on behalf of Debtor William W Bolt campbell5145@comcast.net
              Joshua I Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al....
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marisa Myers Cohen    on behalf of Creditor    M&T Bank Mcohen@mwc-law.com
              Thomas I Puleo    on behalf of Creditor    Wilmington Savings Fund Society, FSB,
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al....
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              William Edward Miller    on behalf of Creditor    Wilmington Savings Fund Society, FSB,
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 10

ntrevtfr(04/14)

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| William W Bolt | Chapter | 13 |
| --- | --- | --- |
| Debtor(s) | Case No. | 1:12−bk−02217−RNO |

## Notice

Notice to the Debtor:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−5 a discharge will not be entered for debtor unless a Certification Regarding Domestic Support Obligations and a Certification About a Financial Management Course are filed. Only certifications filed on or after the date the Trustee certifies plan payments were completed are valid, certifications filed before that date must be refiled.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
| --- | --- |
| U.S. Bankruptcy Court | Terrence S. Miller |
| Ronald Reagan Federal Building | Clerk of the Bankruptcy Court: |
| 228 Walnut St, Rm 320 | By: REshelman, Deputy Clerk |
| Harrisburg, PA 17108 | |
| (717) 901−2800 | |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 12, 2017 |