Certificate Number: 11760-PAM-DE-029928318

Bankruptcy Case Number: 12-02217



11760-PAM-DE-029928318

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 25, 2017</u>, at <u>1:36</u> o'clock <u>PM PDT</u>, <u>William Bolt</u> completed a course on personal financial management given <u>by internet</u> by <u>123 Debtor.com, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>September 25, 2017</u>          By:     <u>/s/Jennifer L Walter</u>

                                        Name:   <u>Jennifer L Walter</u>

                                        Title:  <u>Teacher</u>