```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 12-02217-RNO
William W Bolt                                                      Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: REshelman          Page 1 of 2         Date Rcvd: Oct 13, 2017
                            Form ID: 3180W           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2017.
```
db            +William W Bolt,    1016 S. Pine St.,    York, PA 17403-3912
cr            +Wilmington Savings Fund Society, FSB,,    Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
                Warrington, PA 18976-3400
4085883       +Bolt William W,    1016 S Pine St,    York, PA 17403-3912
4085884       +Eugene R Campbell,    2205 E Market St,    York, PA 17402-2881
4085885      ++FINANCE AMERICA,    PO BOX 270100,    LOUISVILLE CO 80027-5001
               (address filed with court:   Finance America Corporation,    PO Box 270100,
                Louisville CO  80027)
4085886       +M & T BANK,    % McCabe Weisberg And Conway, PC,   123 S. Broad St., Suite 2080,
                Philadelphia, PA 19109-1031
4085887       +US Dept Of Housing And Urban Develo,    % Morris-Griffin Corporation,
                2488 E 81st St Suite #700,    Tulsa, OK 74137-4267
4557608        WILMINGTON SAVINGS FUND SOCIETY, FSB et al...,    Rushmore Loan Management Services,
                P.O. Box 52708,    Irvine, CA 92619-2708
4557609       +WILMINGTON SAVINGS FUND SOCIETY, FSB et al...,    Rushmore Loan Management Services,
                P.O. Box 52708,    Irvine, CA 92619-2708,    WILMINGTON SAVINGS FUND SOCIETY, FSB et,
                Rushmore Loan Management Services 92619-2708
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4124902        E-mail/Text: camanagement@mtb.com Oct 13 2017 18:57:29      M&T Bank,   P.O. Box 1288,
                Buffalo, New York 14240
4807182       +E-mail/Text: bkteam@selenefinance.com Oct 13 2017 18:57:24
                Wilmington Savings Fund Society, et al.,,    c/o Selene Finance,
                9990 Richmond Avenue, Suite 400 South,    Houston, TX 77042-4546,
                Wilmington Savings Fund Society, et al.,,    c/o Selene Finance 77042-4546
4807181        E-mail/Text: bkteam@selenefinance.com Oct 13 2017 18:57:24
                Wilmington Savings Fund Society, et al.,,    c/o Selene Finance,
                9990 Richmond Avenue, Suite 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++FINANCE AMERICA,    PO BOX 270100,    LOUISVILLE CO 80027-5001
               (address filed with court:   Finance America,    PO Box 270100,   Louisville, CO  80027)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2017 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    M&T Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Eugene R. Campbell    on behalf of Debtor 1 William W Bolt campbell5145@comcast.net
              Joshua I Goldman    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Wilmington Savings Fund Society, FSB et al....
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marisa Myers Cohen    on behalf of Creditor   M&T Bank Mcohen@mwc-law.com
              Thomas I Puleo    on behalf of Creditor   Wilmington Savings Fund Society, FSB,
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William Edward Miller    on behalf of Creditor    Wilmington Savings Fund Society, FSB,
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              William Edward Miller    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al....
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                          TOTAL: 10
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1: **William W Bolt** | Social Security number or ITIN **xxx−xx−2579** |
| First Name  Middle Name  Last Name | EIN _ _ − _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): | Social Security number or ITIN _ _ _ _ |
| First Name  Middle Name  Last Name | EIN _ _ − _ _ _ _ _ _ _ |
| United States Bankruptcy Court **Middle District of Pennsylvania** | |
| Case number: **1:12−bk−02217−RNO** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William W Bolt

**By the court:**

*[signature]*

October 13, 2017

Honorable Robert N. Opel
United States Bankruptcy Judge

By: REshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**